ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 4:56:12 PM
KEITH HOTTLE
CLERK

# ATLAS, HALL & RODRIGUEZ, LLP

ATTORNEYS AT LAW

P.O. BOX 3725  (78502-3725)

818 W. PECAN BLVD.  (78501-2418)

McALLEN, TEXAS

TEL. (956) 682-5501    FAX (956) 686-6109

ATLASHALL.COM

jvale@atlashall.com
(956) 632-8221 Direct Line

September 28, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/28/2015 4:56:12 PM
KEITH E. HOTTLE
Clerk

Keith E. Hottle, Clerk

FOURTH COURT OF APPEALS

300 Dolorosa, Suite 3200

San Antonio, Texas 78205-3037

> RE:   Court of Appeals Number: 04-14-00899-CV
> Trial Court Case Number: 14-07-00119-CVL
> Style: Laura Leticia Zepeda Vasquez, Individually and on behalf of the Estate of Jose Abraham Vasquez, Jr.
> v.
> Legend Natural Gas III, LP, et al

Dear Mr. Hottle:

With regard to the above referenced matter, Enterprise Products Holdings LLC and Enterprise Products Company (the "Enterprise Defendants") join and adopt by reference the Appellees' Post-Submission Letter Brief filed today in this cause by Legend Natural Gas III, LP, and Legend Natural Gas, LLC. *See* Tex. R. App. P. 9.7.

Please contact the undersigned if you should have any questions or need further information.

Very truly yours,

ATLAS, HALL & RODRIGUEZ, LLP

By: /s/ J. Joseph Vale
J. Joseph Vale

Counsel for the Enterprise Defendants

JJV/mt

AUSTIN OFFICE
7200 N. MOPAC EXPY., STE 430
AUSTIN, TEXAS 78731-2696
TEL. (512) 583-0579
FAX (956) 574-9337

BROWNSVILLE OFFICE
P.O. BOX 6369 (78523-6369)
50 W. MORRISON RD., STE A
BROWNSVILLE, TEXAS 78520-7262
TEL. (956) 574-9333
FAX (956) 574-9337

UVALDE OFFICE
124 N. EAST STREET
UVALDE, TEXAS 78801-5312
TEL. (830) 278-3100
FAX (844) 272-4209

## Certificate of Service

I certify that the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served on the following counsel of record on September 28, 2015 as follows:

| Recipient: | Attorney for: | Served by: |
|---|---|---|
| Jeffrey L. Dorrell (jdorrell@hanszenlaporte.com) **HANSZEN LAPORTE** 11767 Katy Freeway, Suite 850 Houston, Texas 77079 Fax: 713-524-2580 | Plaintiff/appellant Laura Zepeda Vasquez | Electronically if available, or by facsimile |
| William A. Abernethy (babernethy@dakpc.com) Clay E. Coalson (ccoalson@dakpc.com) **DONNELL, ABERNETHY & KIESCHNICK, P.C.** 555 N. Carancahua, Suite 1770 Corpus Christi, Texas 78401-0853 Fax: 361-880-5618 | Defendant/appellee Rosetta Resources Operating, L.P. | Electronically if available, or by facsimile |
| David L. Ortega (dortega@namanhowell.com) James M. "Jamie" Parker, Jr. (jparker@namanhowell.com) Richard McNitzky (rmcnitzky@namanhowell.com) **NAMAN HOWELL SMITH & LEE, PLLC** 1001 Reunion Place, Suite 600 San Antonio, Texas 78216 Fax: 210-785-2964 | Defendants/appellees Lewis Energy Group, LP and Lewis Petro Properties, Inc. | Electronically if available, or by facsimile |

| | | |
|---|---|---|
| Brian Miller (brian.miller@roystonlaw.com) Christopher Lowrance (chris.lowrance@roystonlaw.com) Karol S. Furmaga (karol.furmaga@roystonlaw.com) **ROYSTON RAYZOR VICKERY & WILLIAMS L.L.P.** 802 N. Carancahua, Suite 1300 Corpus Christi, Texas 78401-0021 Fax: 361-884-7261 | Defendants/appellees Virtex Operating Company, Inc. and Virtex Holdings, LLP | Electronically if available, or by facsimile |
| Isaac J. Huron (ihuron@lawdcm.com) Ramon R. Rodriguez (rrodriguez@lawdcm.com) Celina G. Warren (cwarren@lawdcm.com) **DAVIS, CEDILLO & MENDOZA, INC.** McCombs Plaza, Suite 500 755 E. Mulberry Avenue San Antonio, Texas 78212 Fax: 210-822-1151 | Defendants/appellees Legend Natural Gas III, LP, and Legend Natural Gas, LLC | Electronically if available, or by facsimile |
| Jose E. Garcia (jeg@gvlaw.net) Francisco R. Villarreal (panchov@gvlaw.net) **GARCIA & VILLARREAL, PLLC** 4311 North McColl McAllen, Texas 78504 Fax: 956-630-3631 | Defendant/appellee XTO Energy, Inc. | Electronically if available, or by facsimile |

/s/ J. Joseph Vale
J. Joseph Vale